Douglas F. Foley, WSBA #13119
Vernon S. Finley, WSBA #12321
e-mail: doug.foley@dougfoleylaw.com
e-mail: vernon.finley@dougfoleylaw.com
Foley Sampson & Nicholes, PLLC
13115 N.E. 4th Street, Suite 260
Vancouver, Washington 98684
Telephone: 360.883.0636
Facsimile: 360.944.6808
*Attorneys for Defendant, Lawrence Graf and Jane Doe Graf*

THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMUGGLERS COVE, LLC, a Colorado limited liability company,<br><br>              Plaintiff,<br><br>v.<br><br>ASPEN POWER CATAMARANS, LLC, a Washington limited liability company, and LAWRENCE GRAF and JANE DOE GRAF, Washington residents,<br><br>              Defendants. | No.: 2:19-cv-00277-MJP<br><br>STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

Plaintiff Smugglers Cove, LLC ("Plaintiff"), and Defendants Aspen Power Catamarans, LLC ("Aspen"), Lawrence Graf, and "Jane Doe" Graf, by and through their undersigned attorneys hereby agree and stipulate to a Dismissal of all Claims and Counterclaims with prejudice and without costs to either party for the reason that this matter has been fully resolved.

///

///

Page 1 - STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS SO STIPULATED:

DATED this 13th day of May, 2020.

        LE GROS, BUCHANAN & PAUL

        */s/* MARKUS G. OBERG
        Markus G. Oberg, WSBA #34914
        *Attorneys for Plaintiff Smugglers Cove, LLC*

        FOLEY SAMPSON AND NICHOLS PLLC

        */s/* DOUGLAS F. FOLEY
        Douglas F. Foley, WSBA #13119
        *Attorneys for Defendants Graf*

        SUMMIT LAW GROUP, PLLC

        */s/* LAWRENCE LOCKER
        Lawrence Locker, WSBA #15819
        *Attorneys for Defendant Aspen Power*
        *Catamarans LLC*

**O R D E R**

Based on the stipulation of the parties herein, it is

ORDERED that the above-captioned cause is dismissed with prejudice and without costs to any party.

DATED this  14th    day of May, 2020.

_____
Hon. Marsha J. Pechman
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

> Markus B.G. Oberg
> Legros Buchanan & Paul, PS
> 4025 Delridge Way, SW, Suite 500
> Seattle, WA 98106-1271
> *Of Attorneys for Plaintiff*
>
> Lawrence C. Locker
> Summit Law Group, PLLC
> 315 5th Avenue, South, Suite 1000
> Seattle, WA 98104-2682
> *Of Attorneys for Defendant, Aspen Power Catamarans, LLC*

DATED this 13th day of May, 2019.

/s/ DOUGLAS F. FOLEY
Douglas F. Foley, WSBA #13119
Vernon S. Finley, WSBA #12321

187/6457